IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 18 P 1: 21

CLERK _L. LaVictoire_
SO. DIST. OF GA.

| | |
|---|---|
| AQUA LOG, INC., a Georgia Corporation, | |
| Plaintiff/Salvor, | |
| vs. | CIVIL ACTION NO.: CV206-125 |
| LOST AND ABANDONED PRE-CUT LOGS AND RAFTS OF LOGS lying on the bottom of a navigable river within one (1) nautical mile of a point located at 31° 45' North Latitude and 81° 56' 45" West Longitude, | |
| *In Rem* Defendant. | |
| STATE OF GEORGIA, | |
| Interested Party. | |

## ORDER

Counsel for Plaintiff/Salvor and counsel for the State of Georgia shall confer and file with the Clerk of Court a Rule 26(f) Report within twenty (20) days from the date of this Order.

**SO ORDERED**, this _18th_ day of December, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)