IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 17  P 4: 19

CLERK
SO. DIST. OF GA.

AQUA LOG, INC., a
Georgia Corporation,

    Plaintiff/Salvor,

vs.

LOST AND ABANDONED PRE-CUT
LOGS AND RAFTS OF LOGS lying
on the bottom of a navigable river
within one (1) nautical mile of a point
located at 31° 45' North Latitude
and 81° 56' 45" West Longitude,

    *In Rem* Defendant.

STATE OF GEORGIA,

    Interested Party.

CIVIL ACTION NO.: CV206-125

## ORDER

Plaintiff/Salvor and the State of Georgia, Interested Party, have filed a Rule 26(f) Report. In that report, the parties requested that all deadlines not commence until the date of seizure of an individual log or raft of logs, and seizure is expected to occur within thirty days of January 5, 2007. Counsel for Plaintiff/Salvor is directed to advise the Court of the date of the seizure. Thereafter, the Court will enter the appropriate Scheduling Order.

**SO ORDERED**, this 17th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)