IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 FEB 16  P 2: 22

CLERK _____
SO. DIST. OF GA.

AQUA LOG, INC., a
Georgia Corporation,

    Plaintiff/Salvor,

vs.

LOST AND ABANDONED PRE-CUT LOGS AND RAFTS OF LOGS lying on the bottom of a navigable river within one (1) nautical mile of a point located at 31° 45' North Latitude and 81° 56' 45" West Longitude,

    *In Rem* Defendant.

STATE OF GEORGIA,

    Interested Party.

CIVIL ACTION NO.: CV206-125

## ORDER

The Court has been advised that Plaintiff/Salvor intends to withdraw its Motion for the Court to Designate Newspaper Of General Circulation (Doc. 5) at this time and re-file said motion following seizure of the logs. Accordingly, said motion is **dismissed**.

SO ORDERED, this 16th day of February, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)