UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 OCT 19 A 10: 47

CLERK
SO. DIST. OF GA.

AQUA LOG, INC. a
Georgia Corporation,

    Plaintiff/Salvor,

vs.

LOST AND ABANDONED PRE-CUT
LOGS AND RAFTS OF LOGS lying
on the bottom of a navigable river
within one (1) nautical mile of a point
located at 31° 45' North Latitude
and 81° 56' 45" West Longitude

    *In Rem* Defendant

STATE OF GEORGIA

    Interested Party.

IN ADMIRALTY

CIVIL ACTION NO. CV206-125

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## BY STIPULATION OF THE PARTIES

COMES NOW Plaintiff/Salvor, by and through its undersigned attorney of record, and voluntarily dismisses this action pursuant to FRCP 41, **WITHOUT PREJUDICE TO REFILING.**

This 4th day of October, 2007.

J. William Bass, Jr. for Plaintiff/Salvor
GA Bar ID No. 041757

STIPULATED BY:

James D. Coots for the State of Georgia,
an Interested Party[1] GA Bar ID No. 351375

---

[1] The State of Georgia makes this appearance in this matter at this time for the sole limited purpose of stipulating, if necessary under FRCP 41, to this Voluntary Dismissal Without Prejudice, and without submitting itself or any of its agencies to the jurisdiction of this Court; without waiving any defense set forth in the State of Georgia's previously filed Verified Answer and Defenses in this matter; without waiving the State of Georgia's sovereign immunity to suit in federal court pursuant to the Eleventh Amendment of the United States Constitution; and without waiving or prejudicing the ability of the State of Georgia to raise any and all defenses which the State of Georgia may deem applicable should this matter be re-filed by the Plaintiff in the future.